IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

M. P., MOTHER OF L.J.P.,
G.M.P, minor children,

      Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-663

_____/

Opinion filed May 5, 2016.

An appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

Crystal McBee Frusciante, Office of Criminal Conflict and Civil Regional Counsel, Region One, Sunrise, for Appellant.

Dwight O. Slater, Department of Children and Families, Tallahassee, for Appellee; Kelley Schaeffer, Sanford, for Guardian ad Litem Program.

PER CURIAM.

      AFFIRMED.

THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.